# **EXHIBIT D**

**Subject:** Vishal, Memorialize Document of Our Conversation and Plan Moving Forward
**Date:** Friday, September 8, 2023 at 11:58:00 AM Central Daylight Saving Time
**From:** Mike Thomas
**To:** Vishal Shah, Lori Stevens, Kate Sanders, Priya Betala

Vishal,

Thank you for taking the time to talk with me on Tuesday, September 5th about my current and future role with Full Circle Holding/Alison South Marketing Group. I am writing to you now to memorialize our discussion to make sure I am clear on how we are going to move forward making sure that it is in the best interest of the company.

Our mutual goal is to stop and hopefully reverse the current client attrition rate. My recommendation is that I leave my current employment position effective Sept. 21 to become a contracted consultant to help manage a select group of clients who value my knowledge of their business and our strong personal relationship. This arrangement should retain about $1 million in client revenue as well as reduce salary overhead.

As a consultant, I would make this commitment at $2,000 per month for six months, and $1,500 per month through December 2025 (the remainder of my employment agreement)**.**  I met with Kate to discuss which clients would benefit most from my consulting, and we arrived at the following list. This list also describes the level of my proposed involvement with each client and which staff member I suggest would be best on the account. You will see that the total level of involvement is about 5 meetings per month (plus preparation) and any on-site help needed.

**Hixon**
- monthly meeting
- Emily as Coordinator

**John Mobley**
- monthly meeting
- Baylee as AM

**Hearing Associates**
- monthly meeting
- Chloe as Coordinator

**Bela Dentistry**
- monthly strategy/growth meeting
- Stephanie + Chloe as AMs

**Chandler**
-will attend all quarterly meetings
-will continue to advise on his media (per his request)

**Augusta Prep (Chloe) /Queensborough (Kate)**
**-**as needed
-Per Derrick's request I was asked to make sure I stay in the quarterly meetings
-Queensborough - I would be happy to be in the monthly meeting if Kate would like

**Overall support:**
- provide monthly strategy/growth planning
- ensure consistent client experience
- (Coordinator would handle project management communication, but I would guide as needed, especially with media buying guidance)
- Coordinator would attend all meetings

**Other Notes:**

**Victory**
-They are exiting their web contract and switching over the website to MyChurch App/Church Flow
-They will continue to do some video with SOCO as needed
-Mike is planning to donate his time to advise there instead of his tithe

**BJM**
I have accepted a position at BJM Group as their CMO starting October 2nd, which allows me to consult with other clients as well, effective after Sept. 21. As their representative, I would like to work with Taylor B./Anna and AHS (Community Ideas).

**Next Steps**
After you review the main points of our previous discussion and this proposal to achieve those goals, I would like to meet via google meets to hear your thoughts and any suggestions you may have. I'm committed to doing what I can to put the company in a better financial position for sustainability and growth. Please let me know your earliest availability so we can take action as soon as possible.

Thank you,

Mike Thomas