# EXHIBIT E



Priya Betala <priya@alisonsouthmarketing.com>

## Fwd: Marketing Services - 60 day notice of cancellation
4 messages

**Deanna Harris** <deanna@alisonsouthmarketing.com>  Thu, Oct 5, 2023 at 2:55 PM
To: Kate Sanders <kate@alisonsouthmarketing.com>, Vishal Shah <vishal@alisonsouthmarketing.com>, Priya Betala <priya@alisonsouthmarketing.com>, Lori Stevens <lori@alisonsouthmarketing.com>

Did y'all get this?

Deanna

---------- Forwarded message ---------
From: **Lisa Mayo** <lisa@sgpusa.com>
Date: Thu, Oct 5, 2023 at 2:43 PM
Subject: Marketing Services - 60 day notice of cancellation
To: deanna@alisonsouthmarketing.com <deanna@alisonsouthmarketing.com>

Dear Alison South Marketing,

I appreciate the services that you have provided to our Company. Please accept this letter as our official termination of all services.

I understand that there is a 60-day notice for termination. This would put the final bill date as November 2023.

We will evaluate services needed from your Company in the coming weeks.

Please provide all files, logos, website usernames/passwords, promo files, videos, etc. pertaining to BJM Group by November 2023.

Best Regards,

**Lisa D. Mayo, CPA**

CEO

SGP USA, Inc.

image001.png

www.sgpusa.com

Offices: Duluth, Fayetteville, Covington, Valdosta, Augusta, Dunedin, Clearwater, Tampa, London UK, Dubai UAE.

SGP USA Inc. is part of a global network of local accounting, bookkeeping and CPA firms (USA) with deep client relationships and stellar reputations in each representative community. Subsidiaries of SGP USA include internet Accountant, BJM Group, iA Audit, IA DMCC, and BJM Financial Inc. © 2018 – 2023 SGP USA, Inc. All rights reserved.

CONFIDENTIALITY NOTICE

This message may contain legally confidential and privileged information and is intended only for the named recipient(s). No one else is authorized to read, disseminate, distribute, copy or otherwise disclose the contents of this message. If you received this message in error, please notify the sender immediately by e-mail or telephone and delete the message in its entirety. Thank you.

--



**Deanna Harris**
VP of Client Services

deanna@alisonsouthmarketing.com
C: +1 803.221.1308

  

INK SLINGERS, IDEA BRINGERS, SCRIBBLERS & STRATEGISTS
ALISONSOUTH.COM

---

**2 attachments**


image001.png
117K


image001.png
117K

---

**Priya Betala** <priya@alisonsouthmarketing.com>	Thu, Oct 5, 2023 at 4:33 PM
To: Deanna Harris <deanna@alisonsouthmarketing.com>
Cc: Kate Sanders <kate@alisonsouthmarketing.com>, Vishal Shah <vishal@alisonsouthmarketing.com>, Lori Stevens <lori@alisonsouthmarketing.com>, Accounting Group <acctgrp@alisonsouthmarketing.com>

Not yet! But we were expecting it sooner than later!

That's why I took it off in Stephanie's client list.



[Quoted text hidden]

---

**Kate Sanders** <kate@alisonsouthmarketing.com>                                        Thu, Oct 5, 2023 at 4:40 PM
To: Priya Betala <priya@alisonsouthmarketing.com>
Cc: Deanna Harris <deanna@alisonsouthmarketing.com>, Vishal Shah <vishal@alisonsouthmarketing.com>, Lori Stevens <lori@alisonsouthmarketing.com>

Mike has claimed to me that Lisa was cancelling the current contract and then they'd be asking for a new one with different services and team members helping them. Will be interesting to see if that actually happens.



[Quoted text hidden]

---

**Priya Betala** <priya@alisonsouthmarketing.com>                                       Thu, Oct 5, 2023 at 5:34 PM
To: Kate Sanders <kate@alisonsouthmarketing.com>
Cc: Deanna Harris <deanna@alisonsouthmarketing.com>, Lori Stevens <lori@alisonsouthmarketing.com>, Vishal Shah <vishal@alisonsouthmarketing.com>

She mentioned she will reach out as and when needed!

[Quoted text hidden]



Priya Betala <priya@alisonsouthmarketing.com>

## Notice - Cancellation of Services
4 messages

**Lisa Mayo** <lisa@sgpusa.com>   Wed, Nov 1, 2023 at 2:52 PM
To: Vishal Shah <vishal@alisonsouthmarketing.com>, Lindsey McCullough <Lindsey@alisonsouthmarketing.com>, "priya@alisonsouthmarketing.com" <Priya@alisonsouthmarketing.com>, Deanna Harris <deanna@alisonsouthmarketing.com>, Kate Sanders <kate@alisonsouthmarketing.com>, "chloe@alisonsouthmarketing.com" <chloe@alisonsouthmarketing.com>
Cc: Sarah Farol <sarah@sgpusa.com>, Mike Thomas <mike@sgpusa.com>

Vishal & Team,

After reviewing the contract for BJM, we were only required to give a 30-day notice. Please find the signed contracted attached and the email below has satisfied our notice requirement. Our last day of service will be effective for October 31st and our last invoice will be through October 31st. Once we have received all BJM & Mayo files, we will submit final payment.

**Please acknowledge receipt of this email.**

Best Regards,

**Lisa D. Mayo, CPA**

CEO

SGP USA, Inc.



[www.sgpusa.com](http://www.sgpusa.com)

Offices: Duluth, Fayetteville, Covington, Valdosta, Augusta, Dunedin, Clearwater, Tampa, London UK, Dubai UAE.

SGP USA Inc. is part of a global network of local accounting, bookkeeping and CPA firms (USA) with deep client relationships and stellar reputations in each representative community. Subsidiaries of SGP USA include internet Accountant, BJM Group, iA Audit, IA DMCC, and BJM Financial Inc. © 2018 – 2023 SGP USA, Inc. All rights reserved.

CONFIDENTIALITY NOTICE

This message may contain legally confidential and privileged information and is intended only for the named recipient(s). No one else is authorized to read, disseminate, distribute, copy or otherwise disclose the contents of this message. If you received this message in error, please notify the sender immediately by e-mail or telephone and delete the message in its entirety. Thank you.

**From:** Lisa Mayo
**Sent:** Thursday, October 12, 2023 10:18 AM
**To:** 'Vishal Shah' <vishal@alisonsouthmarketing.com>; Mike Thomas <mike@sgpusa.com>; Lindsey McCullough <Lindsey@alisonsouthmarketing.com>; priya@alisonsouthmarketing.com; Stephanie Weigle <stephanie@alisonsouthmarketing.com>; Deanna Harris <deanna@alisonsouthmarketing.com>; Kate Sanders <kate@alisonsouthmarketing.com>; chloe@alisonsouthmarketing.com
**Subject:** RE: September Reports

Vishal,

Is there a reason that the account manager was changed for our last 2 months of service? It does not make sense to remove the account managers that are familiar with the account. We have not received much service since August 31st. On September 21st, I reached out to get an update on the services being provided. There had been no communication from ASM for 3 weeks and no updates on projects being completed. As of today, we still have not had a meeting to discuss the work on the account. Nearly 7 weeks have gone by without contact or updates. I gave ASM the opportunity to jump on board with my email dated 9/21 (attached). I do not have time to manage your team and the work being done. If I am paying for a service, your team should have reached out to me to setup meetings and discuss needs. The expectation at this point would be ASM to complete newsletters for October and November (very expensive newsletters at this point) and to provide us with all content from the past 6 years.

As of today, I have yet to see any writeup or content for approval on the October newsletter and we are already in the middle of the month. Again, I should not need to manage your staff on the work that we are provided. If content is needed from me, ASM should have made that clear and reached out to me. However, I have had no contact unless I initiated the conversation. ASM has been doing client work for Mayo/BJM for 6 years. The work is not new to ASM and guidance from me, at this point, should be very limited.

While I have appreciated the services of ASM over the past 6 years, the service has drastically changed since you took over. If you would like to discuss in detail, I would be happy to give you feedback. Note, the reason for termination is the lack of communication and changes to the operations of the company since the buyout. Relationships matter, Client's matter, and you are in the relationship business. It seems that the new way of ASM is transactional in nature and not catered to the needs of the client any longer.

Best Regards,

**Lisa D. Mayo, CPA**

CEO

SGP USA, Inc.



www.sgpusa.com

Offices: Duluth, Fayetteville, Covington, Valdosta, Augusta, Dunedin, Clearwater, Tampa, London UK, Dubai UAE.

SGP USA Inc. is part of a global network of local accounting, bookkeeping and CPA firms (USA) with deep client relationships and stellar reputations in each representative community. Subsidiaries of SGP USA include internet Accountant, BJM Group, iA Audit, IA DMCC, and BJM Financial Inc. © 2018 – 2023 SGP USA, Inc. All rights reserved.

CONFIDENTIALITY NOTICE

This message may contain legally confidential and privileged information and is intended only for the named recipient(s). No one else is authorized to read, disseminate, distribute, copy or otherwise disclose the contents of this message. If you received this message in error, please notify the sender immediately by e-mail or telephone and

delete the message in its entirety. Thank you.

---

**From:** Vishal Shah <vishal@alisonsouthmarketing.com>
**Sent:** Wednesday, October 11, 2023 5:48 PM
**To:** Mike Thomas <mike@sgpusa.com>; Lisa Mayo <lisa@sgpusa.com>; Lindsey McCullough <Lindsey@alisonsouthmarketing.com>; priya@alisonsouthmarketing.com; Stephanie Weigle <stephanie@alisonsouthmarketing.com>; Deanna Harris <deanna@alisonsouthmarketing.com>; Kate Sanders <kate@alisonsouthmarketing.com>; chloe@alisonsouthmarketing.com
**Subject:** Re: September Reports

All:

As we are in wrap up mode for BJM Group per termination notice, Stephanie and Chloe are no longer the Account Manager/coordinator on the ASM side for the BJM Group. Lindsey will help in winding up BJM Group items and close out. All communications need to be via email to Lindsey and myself only and both of us need to be copied on all communications. Please prepare a final list of assets that you would like to be handed over at closing and provide that to Lindsey.

Mike : If there is anything specific on your agenda, please email Lindsey with the same as other employees you reached out to, no longer support this account. Lindsey will direct you on how ASM can help with a smooth transition.

Thanks,



**Vishal Shah**
President and Interim COO

+1 832.986.8801

 



---

**From:** Stephanie Weigle <stephanie@alisonsouthmarketing.com>
**Date:** Wednesday, October 11, 2023 at 12:56 PM
**To:** Vishal Shah <vishal@alisonsouthmarketing.com>
**Cc:** Shirley Langford <shirley@alisonsouthmarketing.com>
**Subject:** Fwd: September Reports

Hi Vishal,

Mike messaged Chloe and me about meeting after Lisa Mayo requested that he schedule meetings with us each week (until the contract expires). How would you like us to proceed?

Thank you!

Stephanie



**Stephanie Weigle**
Regional Strategist

stephanie@alisonsouthmarketing.com
C: +1 803.221.1312

Facebook | LinkedIn (Company) | Instagram

Begin forwarded message:

**From:** Mike Thomas <mike@sgpusa.com>
**Subject: RE: September Reports**
**Date:** October 11, 2023 at 11:12:10 AM EDT
**To:** Chloe Woody <chloe@alisonsouthmarketing.com>
**Cc:** "stephanie@alisonsouthmarketing.com" <stephanie@alisonsouthmarketing.com>

I'm going to start sending you some web updates here shortly.

Lets set up a time on Friday or Monday to go over the last 60 days of any needs.

Let me know what times are good for you?

---

**From:** Chloe Woody <chloe@alisonsouthmarketing.com>
**Sent:** Wednesday, October 11, 2023 11:08 AM
**To:** Mike Thomas <mike@sgpusa.com>
**Cc:** stephanie@alisonsouthmarketing.com
**Subject:** Re: September Reports

Hi Mike!

I have requested the report. I will get it to you shortly.

Thank you,

**Chloe Woody**
Fulfillment Coordinator

chloe@alisonsouthmarketing.com
C: +1 803.238.2543

On Wed, Oct 11, 2023 at 10:57 AM Mike Thomas <mike@sgpusa.com> wrote:

> Chloe,
>
> Were you able to pull any reports from our conversation on Friday?
>
> Mike

📄 **BJM Group Contract.pdf**
283K

**Lindsey McCullough** <lindsey@alisonsouthmarketing.com>    Wed, Nov 1, 2023 at 2:58 PM
To: Vishal Shah <vishal@alisonsouthmarketing.com>, Priya Betala <priya@alisonsouthmarketing.com>

Our contracts state that we provide final assets once final payment is received. Looks like she didn't review the contract close enough the second time she reviewed it. See screenshot from her actual contract.

- All art files will be released to Client once the Agency receives final payment for the contract.



[Quoted text hidden]


BJM Group Contract.pdf
283K

---

**Priya Betala** <priya@alisonsouthmarketing.com>    Wed, Nov 1, 2023 at 3:33 PM
To: Hitasha Sial <hitasha@alisonsouthmarketing.com>



---------- Forwarded message ---------
From: **Lisa Mayo** <lisa@sgpusa.com>
Date: Wed, Nov 1, 2023 at 2:52 PM
Subject: Notice - Cancellation of Services
To: Vishal Shah <vishal@alisonsouthmarketing.com>, Lindsey McCullough <Lindsey@alisonsouthmarketing.com>, priya@alisonsouthmarketing.com <Priya@alisonsouthmarketing.com>, Deanna Harris <deanna@alisonsouthmarketing.com>, Kate Sanders <kate@alisonsouthmarketing.com>, chloe@alisonsouthmarketing.com <chloe@alisonsouthmarketing.com>
Cc: Sarah Farol <sarah@sgpusa.com>, Mike Thomas <mike@sgpusa.com>

[Quoted text hidden]


BJM Group Contract.pdf
283K

---

**Priya Betala** <priya@alisonsouthmarketing.com>    Wed, Nov 1, 2023 at 4:06 PM
To: Lisa Mayo <lisa@sgpusa.com>
Cc: Vishal Shah <vishal@alisonsouthmarketing.com>, Lindsey McCullough <Lindsey@alisonsouthmarketing.com>, Deanna Harris <deanna@alisonsouthmarketing.com>, Kate Sanders <kate@alisonsouthmarketing.com>, "chloe@alisonsouthmarketing.com" <chloe@alisonsouthmarketing.com>, Sarah Farol <sarah@sgpusa.com>, Mike Thomas <mike@sgpusa.com>

We acknowledge receipt of your email.

Per Contract : I would like to bring your attention to point 5 which clearly states : • *All art files will be released to Client once the Agency receives final payment for the contract.*

We will hand over all the files once final payment is received.

Regards,



**Priya Betala**
Chief Financial Officer

C: +1 832.795.3981



[Quoted text hidden]