# EXHIBIT I



**I have no idea** 🤣

Aw man that's bad business

Sinking ship for real

I bet she now sees what Mike was feeling now that she had to stand in his place

Who else quit?

Congratulations on Burke

I don't think we will have to worry about not getting Chandler now that Kate left

Ima set up an in person meeting for us

Wed, Nov 1 at 11:16 AM

Good morning I got a meeting with Mr. Chandler for us for Wednesday at 10:30



**Ashley**

Wed, Nov 1 at 12:26 PM

Yay! Next Wednesday?

Good job!!! 👏

Tue, Nov 7 at 12:57 PM

Chandler is about to call now

He is still in

Just been busy

Me or you

You

I just spoke to him

Wed, Nov 8 at 10:36 AM

Hey let me know where to meet you today for the phone call

👍

Hey Ashley! I will be at the studio. We're going to get there at 2 o'clock. The address is 2146 Whiskey Rd., Aiken, SC