# EXHIBIT N



**Effective today**



GIF Keyboard via #images

Sorry not sorry 😬

On another note…I had 3 more Alison south clients send their termination to them today 🤣🤪

Shitttttt!!!!



And I signed Burke Health today 🙌❤️

Tue, Oct 31 at 7:42 PM

That's freaken awesome! What the heck happened over there?!?

