# In the United States District Court
# for the Southern District of Georgia
# Augusta Division

| | |
|---|---|
| Xiingo.com, Inc.; Full Circle Holdings, LLC; and Alison South Marketing Group, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Michael Thomas; Ashley Thomas; Wesley Roberts; Kathleen Sanders; and Next Marketing Group,<br><br>Defendants. | CV 1:23-cv-00184-JRH-BKE |

## DISCLOSURE STATEMENT
## OF PARTIES AND INTERVENORS

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| Xiingo.com, Inc. | Plaintiff |
| Full Circle Holdings, LLC | Plaintiff |
| Alison South Marketing Group, LLC | Plaintiff |
| | |
| | |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| Vishal Shah | President and CEO |
| Priya Betala | CFO |
| | |
| | |
| | |

Rev. 11/2022

1

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
| Vishal Shah | President and CEO/Owner |
| Priya Betala | CFO/Owner |
| | |
| | |
| | |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |

12/06/2023
Date

Signature of Attorney of Record

John E. Price
Printed Name

Rev. 11/2022

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This is to further certify that I have on this day served the foregoing by United States Mail, postage prepaid, addressed to the following:

Charles A. George (via email and US Mail)
4000 Faber Place Drive, Suite 300
North Charleston, SC  29405
charles@george-law.com
*Counsel for Next Marketing Group, LLC,*
*Michael Thomas, and Ashley Thomas*

Wesley Roberts
250 Milledge Road
Augusta, GA  30904
*Defendant*

Kathleen Sanders
268 Foxfire Court
Martinez, GA  30907
*Defendant*

Mike Thomas
27 Troon Way
Aiken, SC  29803
*Defendant*

Ashley Thomas
27 Troon Way
Aiken, SC  29803
*Defendant*

This 6th day of December, 2023.

*/s/ John E. Price*
SAMUEL J. ADAMS
Georgia Bar No. 397520
JOHN E. PRICE
Georgia Bar No. 142012
DAVID HYMEL
Georgia Bar No. 798669
FULCHER HAGLER LLP
Post Office Box 1477
Augusta, GA 30903-1477
(706) 724-0171
sadams@fulcherlaw.com
jprice@fulcherlaw.com
dhymel@fulcherlaw.com
*Attorneys for Plaintiffs*