**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **XIINGO.COM, INC.; FULL CIRCLE** | ) | |
| **HOLDINGS, LLC; and ALISON SOUTH** | ) | |
| **MARKETING GROUP, LLC;** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No.: 1:23-cv-00184-JRH-BKE** |
| **Vs.** | ) | |
| | ) | **ANSWER** |
| **MICHAEL THOMAS; ASHLEY** | ) | |
| **THOMAS; WESLEY ROBERTS;** | ) | **JURY TRIAL DEMANDED** |
| **KATHLEEN SANDERS; and NEXT** | ) | |
| **MARKETING GROUP, LLC;** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Michael Thomas, Ashley Thomas, Wesley Roberts, and Next Marketing Group, LLC, by and through their undersigned attorneys, answering the Complaint of the Plaintiffs herein, allege and say as follows:

**ANSWER**

Each and every allegation of the Complaint not hereinafter specifically admitted is denied. All admissions which the Defendants make in answering the Complaint are made subject to and are qualified by the Defendants' defenses, and to the extent that any allegation contained in the Complaint, or any inference therefrom is inconsistent with the defenses pleaded herein, it is specifically denied. The Defendants also reserve their right to plead by motion or by amended or supplemental pleading any other defenses which may be or may become available to it under the law, rules or facts of this case.

**<u>Nature of the Case</u>**

1.     In response Plaintiffs' Complaint Paragraph 1, Defendants aver that Paragraph 1 states a legal conclusion that requires no answer, but to the extent an answer is

required, Defendants deny the allegations contained in paragraph 1 and hereby demand strict proof thereof.

## **Parties**

2.      Upon information and belief, the allegations contained in Paragraph 2 of the Complaint are admitted.

3.      Upon information and belief, the allegations contained in Paragraph 3 of the Complaint are admitted.

4.      The allegations contained in Paragraph 4 of the Complaint are admitted.

5.      The allegations contained in Paragraph 5 of the Complaint are admitted.

6.      The allegations contained in Paragraph 6 of the Complaint are admitted.

7.      The allegations contained in Paragraph 7 of the Complaint are admitted.

8.      The allegations contained in Paragraph 8 of the Complaint are admitted.

9.      Upon information and belief, the allegations contained in Paragraph 9 of the Complaint are admitted.

## **Jurisdiction**

10.     In response Plaintiffs' Complaint Paragraph 10, Defendants aver that Paragraph 10 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 10 and hereby demand strict proof thereof.

11.     In response Plaintiffs' Complaint Paragraph 11, Defendants aver that Paragraph 11 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 11 and hereby

demand strict proof thereof.

## **Factual Background**

12.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 12 and hereby demand strict proof thereof.

13.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 13 and hereby demand strict proof thereof.

14.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 14 and hereby demand strict proof thereof.

15.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 15 and hereby demand strict proof thereof.

16. The allegations contained in Paragraph 16 of the Complaint are admitted.

17. The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 17 and hereby demand strict proof thereof.

18. The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 18 and hereby demand strict proof thereof.

19. The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 19 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 19 and hereby demand strict proof thereof.

20. The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 20 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 20 and hereby demand strict proof thereof.

21. The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint

and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 21 and hereby demand strict proof thereof.

**B. Plaintiffs' Trade Secrets and Confidential Business Information**

22.  The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 22 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 22 and hereby demand strict proof thereof.

23.  The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 23 and hereby demand strict proof thereof.

24.  The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 24 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 24 and hereby demand strict proof thereof.

25.  The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 25 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 25 and

hereby demand strict proof thereof.

26.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 26 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 26 and hereby demand strict proof thereof.

27.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 27 and hereby demand strict proof thereof.

**C. Xiinga's Acquisition of Full Circle, Alison South, and Terms of Agreement.**

28.    Upon information and belief, the allegations contained in Paragraph 28 of the Complaint are admitted.

29.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 29 and hereby demand strict proof thereof.

30.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 30 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 30 and

hereby demand strict proof thereof.

31.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 31 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 31 and hereby demand strict proof thereof.

32.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 32 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 32 and hereby demand strict proof thereof.

33.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 33 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 33 and hereby demand strict proof thereof.

34.    In response Plaintiffs' Complaint Paragraph 34, Defendants aver that Paragraph 34 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 34 and hereby demand strict proof thereof.

35.    In response Plaintiffs' Complaint Paragraph 35, Defendants aver that Paragraph 35 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 35 and hereby

demand strict proof thereof.

36.    Upon information and belief, the allegations contained in Paragraph 36 of the Complaint are admitted.

37.    Upon information and belief, the allegations contained in Paragraph 37 of the Complaint are admitted.

**D. Xiinga's Discovers Undiscolsed Accounting Irregularities in Full Circle's and Alison South's Books and Customer Terminations Begin.**

38.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 38 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 38 and hereby demand strict proof thereof.

39.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 39 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 39 and hereby demand strict proof thereof.

40.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 40 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 40 and hereby demand strict proof thereof.

41.    The Defendants lacks sufficient information of knowledge upon which to base a

belief as to the truth of the allegations contained in Paragraph 41 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 41 and hereby demand strict proof thereof.

42. The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 42 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 42 and hereby demand strict proof thereof.

43. The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 43 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 43 and hereby demand strict proof thereof.

44. The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 44 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 44 and hereby demand strict proof thereof.

45. The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 45 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 45 and

hereby demand strict proof thereof.

46.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 46 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 46 and hereby demand strict proof thereof.

47.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 47 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 47 and hereby demand strict proof thereof.

48.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 48 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 48 and hereby demand strict proof thereof.

49.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 49 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 49 and hereby demand strict proof thereof.

50.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 50 of the Complaint

and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 50 and hereby demand strict proof thereof.

51.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 51 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 51 and hereby demand strict proof thereof.

52.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 52 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 52 and hereby demand strict proof thereof.

53.     In response Plaintiffs' Complaint Paragraph 53, Defendants aver that Paragraph 53 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 53 and hereby demand strict proof thereof.

**E. Mike Thomas Performs Poorly for Plaintiffs and Mike and Ashley Thomas Degrade their Working Relationship with Plaintiffs in the Months Following Xiingo's Acquisition of Full Circle and Alison South.**

54.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 54 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an

answer is required, Defendants deny the allegations contained in paragraph 54 and hereby demand strict proof thereof.

55.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 54 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 54 and hereby demand strict proof thereof.

56.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 56 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 56 and hereby demand strict proof thereof.

57.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 57 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 57 and hereby demand strict proof thereof.

58.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 58 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 58 and hereby demand strict proof thereof.

59.   The Defendants lacks sufficient information of knowledge upon which to base a

belief as to the truth of the allegations contained in Paragraph 59 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 59 and hereby demand strict proof thereof.

60.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 60 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 60 and hereby demand strict proof thereof.

61.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 61 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 61 and hereby demand strict proof thereof.

62.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 62 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 62 and hereby demand strict proof thereof.

63.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 63 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 63 and

hereby demand strict proof thereof.

64.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 64 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 64 and hereby demand strict proof thereof.

65.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 65 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 65 and hereby demand strict proof thereof.

66.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 66 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 66 and hereby demand strict proof thereof.

**F. Mike Thomas Terminates his Employment with Plaintiffs, Steals Plaintiffs' Trade Secrets, Solicits Plaintiffs' Employees and Clients, and Creates a Marketing Company with Mrs. Thomas and Wesley Roberts to Directly Compete with plaintiffs.**

67.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 67 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 67 and hereby demand strict proof thereof.

68.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 68 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 68 and hereby demand strict proof thereof.

69.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 69 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 69 and hereby demand strict proof thereof.

70.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 70 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 70 and hereby demand strict proof thereof.

71.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 71 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 71 and hereby demand strict proof thereof.

72.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 72 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an

answer is required, Defendants deny the allegations contained in paragraph 72 and hereby demand strict proof thereof.

73. The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 73 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 73 and hereby demand strict proof thereof.

74. The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 74 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 74 and hereby demand strict proof thereof.

75. The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 75 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 75 and hereby demand strict proof thereof.

76. The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 76 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 76 and hereby demand strict proof thereof.

77. The Defendants lacks sufficient information of knowledge upon which to base a

belief as to the truth of the allegations contained in Paragraph 77 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 77 and hereby demand strict proof thereof.

78.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 78 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 78 and hereby demand strict proof thereof.

79.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 79 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 79 and hereby demand strict proof thereof.

80.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 80 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 80 and hereby demand strict proof thereof.

81.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 81 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 81 and

hereby demand strict proof thereof.

82.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 82 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 82 and hereby demand strict proof thereof.

83.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 83 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 83 and hereby demand strict proof thereof.

84.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 84 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 84 and hereby demand strict proof thereof.

85.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 85 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 85 and hereby demand strict proof thereof.

86.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 86 of the Complaint

and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 86 and hereby demand strict proof thereof.

87.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 87 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 87 and hereby demand strict proof thereof.

88.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 88 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 88 and hereby demand strict proof thereof.

89.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 89 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 89 and hereby demand strict proof thereof.

90.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 90 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 90 and hereby demand strict proof thereof.

91.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 91 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 91 and hereby demand strict proof thereof.

92.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 92 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 92 and hereby demand strict proof thereof.

93.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 93 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 93 and hereby demand strict proof thereof.

94.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 94 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 94 and hereby demand strict proof thereof.

95.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 95 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an

answer is required, Defendants deny the allegations contained in paragraph 95 and hereby demand strict proof thereof.

96.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 96 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 96 and hereby demand strict proof thereof.

97.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 97 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 97 and hereby demand strict proof thereof.

98.     The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 98 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 98 and hereby demand strict proof thereof.

99.     In response Plaintiffs' Complaint Paragraph 99, Defendants aver that Paragraph 99 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 99 and hereby demand strict proof thereof.

100.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 100 of the Complaint

and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 100 and hereby demand strict proof thereof.

101.   In response Plaintiffs' Complaint Paragraph 101, Defendants aver that Paragraph 101 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 101 and hereby demand strict proof thereof.

102.   Defendants deny the allegations contained in paragraph 102 and hereby demand strict proof thereof.

103.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 103 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 103 and hereby demand strict proof thereof.

104.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 104 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 104 and hereby demand strict proof thereof.

**G. The Harm to Plaintiffs from (1) the Loss of Important Solicited Employees and Clients, (2) the Misappropriation of their Business Opportunities and (3) Loss of their Trade Secrets and Confidential Information.**

105.   The Defendants lacks sufficient information of knowledge upon which to base a

belief as to the truth of the allegations contained in Paragraph 105 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 105 and hereby demand strict proof thereof.

106.   In response Plaintiffs' Complaint Paragraph 106, Defendants aver that Paragraph 106 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 106 and hereby demand strict proof thereof.

107.   In response Plaintiffs' Complaint Paragraph 107, Defendants aver that Paragraph 107 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 107 and hereby demand strict proof thereof.

108.   In response Plaintiffs' Complaint Paragraph 108, Defendants aver that Paragraph 108 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 108 and hereby demand strict proof thereof.

109.   In response Plaintiffs' Complaint Paragraph 109, Defendants aver that Paragraph 109 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 109 and hereby demand strict proof thereof.

110.   In response Plaintiffs' Complaint Paragraph 110, Defendants aver that Paragraph 110 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 110 and hereby

demand strict proof thereof.

111.    In response Plaintiffs' Complaint Paragraph 111, Defendants aver that Paragraph

111 states a legal conclusion that requires no answer, but to the extent an answer

is required, Defendants deny the allegations contained in paragraph 111 and hereby

demand strict proof thereof.

**COUNT I: VIOLATION OF THE FEDERAL DEFEND TRADE SECRETS ACT (18
U.S.C. § 1836), SOUTH CAROLINA TRADE SECRETS ACT (S.C. CODE § 39-8-10, *ET
SEQ.*), AND/OR GEORGIA TRADE SECRETS ACT (O.C.G.A. § 10-1-171, *ET SEQ.*)
(AGAINST DEFENDANTS MIKE THOMAS. ASHLEY THOMAS, WESLEY ROBERTS
& NEXT MARKETING GROUP, LLC)**

112.    In response to Plaintiffs' Complaint Paragraph 112, Defendants reallege and

incorporate by reference its responses to the allegations in Paragraphs 1 - 111 and

all of the defenses outlined above as if fully set forth herein.

113.    The Defendants lacks sufficient information of knowledge upon which to base a

belief as to the truth of the allegations contained in Paragraph 113 of the Complaint

and, therefore, can neither admit nor deny these allegations; but to the extent an

answer is required, Defendants deny the allegations contained in paragraph 1013

and hereby demand strict proof thereof.

114.    The Defendants lacks sufficient information of knowledge upon which to base a

belief as to the truth of the allegations contained in Paragraph 114 of the Complaint

and, therefore, can neither admit nor deny these allegations; but to the extent an

answer is required, Defendants deny the allegations contained in paragraph 114 and

hereby demand strict proof thereof.

115.    The Defendants lacks sufficient information of knowledge upon which to base a

belief as to the truth of the allegations contained in Paragraph 115 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 115 and hereby demand strict proof thereof.

116.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 116 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 116 and hereby demand strict proof thereof.

117.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 117 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 117 and hereby demand strict proof thereof.

118.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 118 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 118 and hereby demand strict proof thereof.

119.   Defendants deny the allegations contained in paragraph 119 and hereby demand strict proof thereof.

120.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 120 of the Complaint

and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 120 and hereby demand strict proof thereof.

121.    The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 121 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 121 and hereby demand strict proof thereof.

122.    Defendants deny the allegations contained in paragraph 122 and hereby demand strict proof thereof.

123.    Defendants deny the allegations contained in paragraph 123 and hereby demand strict proof thereof.

124.    Defendants deny the allegations contained in paragraph 124 and hereby demand strict proof thereof.

125.    In response Plaintiffs' Complaint Paragraph 125, Defendants aver that Paragraph 125 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 125 and hereby demand strict proof thereof.

126.    In response Plaintiffs' Complaint Paragraph 126, Defendants aver that Paragraph 126 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 126 and hereby demand strict proof thereof.

127.    In response Plaintiffs' Complaint Paragraph 127, Defendants aver that Paragraph 127 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 127 and hereby demand strict proof thereof.

128.    In response Plaintiffs' Complaint Paragraph 128, Defendants aver that Paragraph 128 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 128 and hereby demand strict proof thereof.

129.    In response Plaintiffs' Complaint Paragraph 129, Defendants aver that Paragraph 129 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 129 and hereby demand strict proof thereof.

**COUNT II: CONSPIRACY TO VIOLATE THE FEDERAL DEFEND TRADE SECRETS ACT (18 U.S.C. § 1836), SOUTH CAROLINA TRADE SECRETS ACT (S.C. CODE § 39-8-10, *ET SEQ.*), AND/OR GEORGIA TRADE SECRETS ACT (O.C.G.A. § 10-1-171, *ET SEQ.*) (AGAINST DEFENDANTS MIKE THOMAS. ASHLEY THOMAS, WESLEY ROBERTS & NEXT MARKETING GROUP, LLC)**

130.    In response to Plaintiffs' Complaint Paragraph 130, Defendants reallege and incorporate by reference its responses to the allegations in Paragraphs 1 – 111 and 113 through 129 and all of the defenses outlined above as if fully set forth herein.

131.    Defendants deny the allegations contained in paragraph 131 and hereby demand strict proof thereof.

132.    Defendants deny the allegations contained in paragraph 132 and hereby demand strict proof thereof.

133.   Defendants deny the allegations contained in paragraph 133 and hereby demand strict proof thereof.

134.   Defendants deny the allegations contained in paragraph 134 and hereby demand strict proof thereof.

## COUNT III: RACKETEERING IN VIOLATION OF 18 U.S.C. § 1961 (AGAINST DEFENDANTS MIKE THOMAS. ASHLEY THOMAS, WESLEY ROBERTS & NEXT MARKETING GROUP, LLC)

135.   In response to Plaintiffs' Complaint Paragraph 135, Defendants reallege and incorporate by reference its responses to the allegations in Paragraphs 1 – 111; 113 through 129; and 131 through 134 and all of the defenses outlined above as if fully set forth herein.

136.   In response Plaintiffs' Complaint Paragraph 136, Defendants aver that Paragraph 136 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 136 and hereby demand strict proof thereof.

137.   Defendants deny the allegations contained in paragraph 137 and hereby demand strict proof thereof.

138.   Defendants deny the allegations contained in paragraph 138 and hereby demand strict proof thereof.

139.   Defendants deny the allegations contained in paragraph 139 and hereby demand strict proof thereof.

140.   Defendants deny the allegations contained in paragraph 140 and hereby demand strict proof thereof.

141.   In response Plaintiffs' Complaint Paragraph 141, Defendants aver that Paragraph 141 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 141 and hereby demand strict proof thereof.

142.   In response Plaintiffs' Complaint Paragraph 142, Defendants aver that Paragraph 142 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 142 and hereby demand strict proof thereof.

143.   In response Plaintiffs' Complaint Paragraph 143, Defendants aver that Paragraph 143 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 143 and hereby demand strict proof thereof.

144.   In response Plaintiffs' Complaint Paragraph 144, Defendants aver that Paragraph 144 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 144 and hereby demand strict proof thereof.

145.   In response Plaintiffs' Complaint Paragraph 145, Defendants aver that Paragraph 145 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 145 and hereby demand strict proof thereof.

146.   In response Plaintiffs' Complaint Paragraph 146, Defendants aver that Paragraph 146 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 136 and hereby

demand strict proof thereof.

147.   In response Plaintiffs' Complaint Paragraph 147, Defendants aver that Paragraph 147 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 136 and hereby demand strict proof thereof.

148.   In response Plaintiffs' Complaint Paragraph 148, Defendants aver that Paragraph 148 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 148 and hereby demand strict proof thereof.

149.   In response Plaintiffs' Complaint Paragraph 149, Defendants aver that Paragraph 149 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 149 and hereby demand strict proof thereof.

150.   In response Plaintiffs' Complaint Paragraph 150, Defendants aver that Paragraph 150 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 150 and hereby demand strict proof thereof.

151.   In response Plaintiffs' Complaint Paragraph 151, Defendants aver that Paragraph 151 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 151 and hereby demand strict proof thereof.

**COUNT IV: CONSPIRACY IN VIOLATION OF 18 U.S.C. § 1962(D) (AGAINST DEFENDANTS MIKE THOMAS. ASHLEY THOMAS, WESLEY ROBERTS & NEXT**

**MARKETING GROUP, LLC)**

152.  In response to Plaintiffs' Complaint Paragraph 152, Defendants reallege and incorporate by reference its responses to the allegations in Paragraphs 1 – 111; 113 through 129; 131 through 134; and 136 through 151 and all of the defenses outlined above as if fully set forth herein.

153.  Defendants deny the allegations contained in paragraph 153 and hereby demand strict proof thereof.

154.  Defendants deny the allegations contained in paragraph 154 and hereby demand strict proof thereof.

155.  Defendants deny the allegations contained in paragraph 155 and hereby demand strict proof thereof.

156.  Defendants deny the allegations contained in paragraph 156 and hereby demand strict proof thereof.

157.  Defendants deny the allegations contained in paragraph 157 and hereby demand strict proof thereof.

158.  In response Plaintiffs' Complaint Paragraph 158, Defendants aver that Paragraph 158 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 158 and hereby demand strict proof thereof.

159.  In response Plaintiffs' Complaint Paragraph 159, Defendants aver that Paragraph 159 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 159 and hereby

demand strict proof thereof.

160.     In response Plaintiffs' Complaint Paragraph 160, Defendants aver that Paragraph
         160 states a legal conclusion that requires no answer, but to the extent an answer
         is required, Defendants deny the allegations contained in paragraph 160 and hereby
         demand strict proof thereof.

## COUNT V: BREACH OF CONTRACT – EMPLOYMENT AGREEMENT (AGAINST DEFENDANT MIKE THOMAS)

161.     In response to Plaintiffs' Complaint Paragraph 161, Defendants reallege and
         incorporate by reference its responses to the allegations in Paragraphs 1 – 111; 113
         through 129; 131 through 134; 136 through 151; and 153 through 160 and all of
         the defenses outlined above as if fully set forth herein.

162.     In response Plaintiffs' Complaint Paragraph 162, Defendants aver that Paragraph
         162 states a legal conclusion that requires no answer, but to the extent an answer
         is required, Defendants deny the allegations contained in paragraph 162 and hereby
         demand strict proof thereof.

163.     In response Plaintiffs' Complaint Paragraph 163, Defendants aver that Paragraph
         163 states a legal conclusion that requires no answer, but to the extent an answer
         is required, Defendants deny the allegations contained in paragraph 163 and hereby
         demand strict proof thereof.

164.     In response Plaintiffs' Complaint Paragraph 164, Defendants aver that Paragraph
         164 states a legal conclusion that requires no answer, but to the extent an answer
         is required, Defendants deny the allegations contained in paragraph 164 and hereby
         demand strict proof thereof.

**COUNT VI: BREACH OF CONTRACT – EQUITY PURCHASE AGREEMENT**
**(AGAINST DEFENDANT MIKE THOMAS)**

165.    In response to Plaintiffs' Complaint Paragraph 165, Defendants reallege and incorporate by reference its responses to the allegations in Paragraphs 1 – 111; 113 through 129; 131 through 134; 136 through 151; 153 through 160; and 162 through 164 and all of the defenses outlined above as if fully set forth herein.

166.    In response Plaintiffs' Complaint Paragraph 166, Defendants aver that Paragraph 166 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 166 and hereby demand strict proof thereof.

167.    In response Plaintiffs' Complaint Paragraph 167, Defendants aver that Paragraph 167 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 167 and hereby demand strict proof thereof.

168.    In response Plaintiffs' Complaint Paragraph 168, Defendants aver that Paragraph 168 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 168 and hereby demand strict proof thereof.

**COUNT VII: BREACH OF CONTRACT –PURCHASE EQUITY AGREEMENT**
**(AGAINST DEFENDANT MIKE THOMAS AND KATHLEEN SANDERS)**

169.    In response to Plaintiffs' Complaint Paragraph 169, Defendants reallege and incorporate by reference its responses to the allegations in Paragraphs 1 – 111; 113 through 129; 131 through 134; 136 through 151; 153 through 160; 162 through

164; and 166 through 168 and all of the defenses outlined above as if fully set forth herein.

170.   In response Plaintiffs' Complaint Paragraph 170, Defendants aver that Paragraph 170 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 170 and hereby demand strict proof thereof.

171.   In response Plaintiffs' Complaint Paragraph 171, Defendants aver that Paragraph 171 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 171 and hereby demand strict proof thereof.

172.   In response Plaintiffs' Complaint Paragraph 172, Defendants aver that Paragraph 172 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 172 and hereby demand strict proof thereof.

173.   In response Plaintiffs' Complaint Paragraph 173, Defendants aver that Paragraph 173 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 173 and hereby demand strict proof thereof.

174.   In response Plaintiffs' Complaint Paragraph 174, Defendants aver that Paragraph 174 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 174 and hereby demand strict proof thereof.

175.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 175 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 175 and hereby demand strict proof thereof.

176.   In response Plaintiffs' Complaint Paragraph 176, Defendants aver that Paragraph 176 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 176 and hereby demand strict proof thereof.

177.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 177 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 177 and hereby demand strict proof thereof.

178.   In response Plaintiffs' Complaint Paragraph 178, Defendants aver that Paragraph 178 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 178 and hereby demand strict proof thereof.

179.   In response Plaintiffs' Complaint Paragraph 179, Defendants aver that Paragraph 179 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 179 and hereby demand strict proof thereof.

180.   In response Plaintiffs' Complaint Paragraph 180, Defendants aver that Paragraph

180 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 180 and hereby demand strict proof thereof.

**COUNT VIII: TORTIOUS INTERFERENCE WITH BUSINESS OR CONTRACTUAL RELATIONSHIPS (AGAINST DEFENDANTS MIKE THOMAS. ASHLEY THOMAS, WESLEY ROBERTS & NEXT MARKETING GROUP, LLC)**

181.   In response to Plaintiffs' Complaint Paragraph 181, Defendants reallege and incorporate by reference its responses to the allegations in Paragraphs 1 – 111; 113 through 129; 131 through 134; 136 through 151; 153 through 160; 162 through 164; 166 through 168; and 170 through 180 and all of the defenses outlined above as if fully set forth herein.

182.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 182 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 182 and hereby demand strict proof thereof.

183.   The Defendants lacks sufficient information of knowledge upon which to base a belief as to the truth of the allegations contained in Paragraph 183 of the Complaint and, therefore, can neither admit nor deny these allegations; but to the extent an answer is required, Defendants deny the allegations contained in paragraph 183 and hereby demand strict proof thereof.

184.   In response Plaintiffs' Complaint Paragraph 184, Defendants aver that Paragraph 184 states a legal conclusion that requires no answer, but to the extent an answer

is required, Defendants deny the allegations contained in paragraph 184 and hereby demand strict proof thereof.

185.     In response Plaintiffs' Complaint Paragraph 185, Defendants aver that Paragraph 185 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 185 and hereby demand strict proof thereof.

186.     In response Plaintiffs' Complaint Paragraph 186, Defendants aver that Paragraph 186 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 186 and hereby demand strict proof thereof.

187.     In response Plaintiffs' Complaint Paragraph 187, Defendants aver that Paragraph 187 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 187 and hereby demand strict proof thereof.

**COUNT VIX: COMMERCIAL DISPARAGEMENT (AGAINST DEFENDANTS MIKE THOMAS. ASHLEY THOMAS, WESLEY ROBERTS & NEXT MARKETING GROUP, LLC)**

188.     In response to Plaintiffs' Complaint Paragraph 188, Defendants reallege and incorporate by reference its responses to the allegations in Paragraphs 1 – 111; 113 through 129; 131 through 134; 136 through 151; 153 through 160; 162 through 164; 166 through 168; 170 through 180; and 182 through 187 and all of the defenses outlined above as if fully set forth herein.

189.     In response Plaintiffs' Complaint Paragraph 189, Defendants aver that Paragraph

189 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 189 and hereby demand strict proof thereof.

190.    In response Plaintiffs' Complaint Paragraph 190, Defendants aver that Paragraph 190 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 190 and hereby demand strict proof thereof.

191.    In response Plaintiffs' Complaint Paragraph 191, Defendants aver that Paragraph 191 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 191 and hereby demand strict proof thereof.

192.    In response Plaintiffs' Complaint Paragraph 192, Defendants aver that Paragraph 192 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 192 and hereby demand strict proof thereof.

## COUNT X: BREACH OF FIDUCIARY DUTY AND DUTY OF LOYALTY (AGAINST DEFENDANTS MIKE THOMAS)

193.    In response to Plaintiffs' Complaint Paragraph 193, Defendants reallege and incorporate by reference its responses to the allegations in Paragraphs 1 – 111; 113 through 129; 131 through 134; 136 through 151; 153 through 160; 162 through 164; 166 through 168; 170 through 180; 182 through 187; and 189 through 192 and all of the defenses outlined above as if fully set forth herein.

194.    In response Plaintiffs' Complaint Paragraph 194, Defendants aver that Paragraph

194 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 194 and hereby demand strict proof thereof.

195.    In response Plaintiffs' Complaint Paragraph 195, Defendants aver that Paragraph 195 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 195 and hereby demand strict proof thereof.

196.    In response Plaintiffs' Complaint Paragraph 196, Defendants aver that Paragraph 196 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 196 and hereby demand strict proof thereof.

197.    In response Plaintiffs' Complaint Paragraph 197, Defendants aver that Paragraph 197 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 197 and hereby demand strict proof thereof.

198.    In response Plaintiffs' Complaint Paragraph 198, Defendants aver that Paragraph 198 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 198 and hereby demand strict proof thereof.

199.    In response Plaintiffs' Complaint Paragraph 199, Defendants aver that Paragraph 199 states a legal conclusion that requires no answer, but to the extent an answer is required, Defendants deny the allegations contained in paragraph 199 and hereby demand strict proof thereof.

200.   FURTHER AND AFFIRMATIVELY ANSWERING THE COMPLAINT OF THE PLAINTIFFS, AND AS AND FOR A FURTHER DEFENSE THERETO, the Plaintiffs' injuries and damages were caused and/or contributed to by the acts, omissions, fault and/or neglect of the Plaintiffs, which are pleaded in mitigation and/or bar to Plaintiffs' recovery herein.

201.   FURTHER AND AFFIRMATIVELY ANSWERING THE COMPLAINT OF THE PLAINTIFFS, the Defendants assert that the Plaintiffs have failed to mitigate their damages as required by law.

202.   FURTHER AND AFFIRMATIVELY ANSWERING THE COMPLAINT OF THE PLAINTIFFS, Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

203.   FURTHER AND AFFIRMATIVELY ANSWERING THE COMPLAINT OF THE PLAINTIFFS, Plaintiffs have failed to mitigate damages.

204.   FURTHER AND AFFIRMATIVELY ANSWERING THE COMPLAINT OF THE PLAINTIFFS, Plaintiffs' actions were of willful, wanton, and reckless nature and such misconduct on their part and acts as a total bar to the suit.

205.   FURTHER AND AFFIRMATIVELY ANSWERING THE COMPLAINT OF THE PLAINTIFFS, the damages alleged by the Plaintiffs were the result of intervening and/or superseding causes that were not related to any acts or omissions of the Defendants.

206.   FURTHER AND AFFIRMATIVELY ANSWERING THE COMPLAINT OF THE PLAINTIFFS, The Defendants may rely upon all properly, provable

defenses, including but not limited to, any other affirmative defenses based on facts not yet discovered that will act in mitigation of or bar to Plaintiffs' claims, and the Defendants reserves their right to amend its Answer and to amend and allege additional affirmative defenses of which it becomes aware of up to and including the time of trial.

WHEREFORE, having fully answered the Complaint of the Plaintiffs, the Defendants pray that the same be dismissed as against it, with costs and such other and further relief as this Court deems just and proper.

Respectfully submitted,
ATTORNEY FOR DEFENDANTS


/s/ Charles A. George
Charles A. George
George Law Firm LLC
GA Bar Number: 270790
charles@george-law.com
P.O. Box 1340
Goose Creek, SC 29445-1340
George Law Firm LLC
404-441-3100 Telephone
843-375-6040 FAX

Charleston, South Carolina
December 29, 2023

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that a true and correct copy of the foregoing was delivered to the involved parties, by the CM/ECF system.

<u>/s/ Charles A. George</u>
Charles A. George, Esq.