# EXHIBIT A

## Beth Kimbrough

**From:** Charles George <charles@george-law.com>
**Sent:** Tuesday, December 5, 2023 9:54 AM
**To:** John E. Price
**Cc:** David Hymel; Sam J. Adams
**Subject:** RE: Xiingo et al. v. Thomas et al [IMAN-ACTIVE.FID76942]

Good Morning John;

I have not yet spoken to my clients about this but I would think that they would want me to accept service for the following Defendants:

Michael Thomas, Ashley Thomas and Next Marketing Group – *perhaps Wesley Roberts* - but I need to talk to them first.

I'm in court until later this afternoon in Horry county SC but I will get back to you late this afternoon. This should be straightforward.

Chat soon!

Best regards;

CG

PRIVILEGED AND/OR CONFIDENTIAL

**Charles A. George Esq.**
**George Law Firm LLC**
**Admitted in DC – NC – SC – GA – FL**

**Mailing Address For All Offices:**
**P.O. Box 1340**
**Goose Creek, SC 29445-1340**

**Offices in CA – DC – NC – SC – GA – FL – HI – TN – TX**

**Charleston SC Office Address:**
**4000 Faber Place Drive #300**
**North Charleston, SC 29405-8587**

**Atlanta GA Office Address:**
**3885 Crestwood Parkway NW**
**Suite 590**
**Duluth, GA 30096-5002**

**Raleigh NC Office Address:**
**4030 Wake Forest Rd**
**Suite 300**
**Raleigh, NC  27609-6800**

**(843) 323-4383 PHONE**
**(888) 240-8510 TOLL FREE**
**(404) 441-3100 CELL**
**(843) 375-6040 FAX**

charles@george-law.com
WWW.GEORGE-LAW.COM






No Attorney Client relationship exists in the absence of an executed Letter of Engagement or Fee Contract.

This e-mail and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "Cc" and "Bcc"lines of this e-mail. If you are not an intended recipient, your receipt of this e-mail and its attachments is the result of an inadvertent disclosure or unauthorized transmittal.  Sender reserves and asserts all rights to confidentiality, including all privileges which may apply. If you have not executed a fee contract or an engagement letter, this LLC HAS NO duties to you and NONE are intended or created by this communication, and you should NOT rely on the contents of this e-mail and attachments. Clients of this LLC should NOT forward, copy or otherwise provide the contents of this e-mail and attachments to others.  This email should not be forwarded to other persons without the permission of the sender.  If you have received this communication and you are not an intended recipient, NOTIFY the sender and DELETE it from your system. All rights of the sender for violations of the confidentiality and privileges applicable to this e-mail and any attachments are expressly reserved.

**CIRCULAR 230 DISCLOSURE**: To comply with Treasury Department regulations, we inform you that, unless otherwise expressly indicated, any tax advice contained in this communication (including any attachments or enclosures) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law, or (ii) promoting, marketing or recommending to another party any entity, investment, plan, transaction, arrangement, or other tax related matter.

**From:** John E. Price <JPrice@fulcherlaw.com>
**Sent:** Tuesday, December 5, 2023 9:44 AM
**To:** Charles George <charles@george-law.com>
**Cc:** David Hymel <dhymel@fulcherlaw.com>; Sam J. Adams <sadams@fulcherlaw.com>
**Subject:** RE: Xiingo et al. v. Thomas et al [IMAN-ACTIVE.FID76942]

Dear Charles:

Would you be willing to accept or acknowledge service on behalf of any Defendant?  If so, for which Defendants would you be willing to accept or acknowledge service?  Please let us know; otherwise, we will have no choice but to send out a process server, and I would think that's a hassle your clients would like to avoid.

Yours,

**John E. Price** | Attorney

Fulcher Hagler LLP | (706) 828-2645

fulcherlaw.com | jprice@fulcherlaw.com

This message and any attachments from the law firm Fulcher Hagler LLP may contain CONFIDENTIAL and legally protected information. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this message, and then delete it from your system. Thank you.

**From:** Sam J. Adams <sadams@fulcherlaw.com>
**Sent:** Monday, December 4, 2023 7:40 PM
**To:** Charles George <charles@george-law.com>
**Cc:** John E. Price <JPrice@fulcherlaw.com>; David Hymel <dhymel@fulcherlaw.com>
**Subject:** Xiingo et al. v. Thomas et al. Complaint and Motion for TRO [IMAN-ACTIVE.FID76942]

Good Evening Charles,

Unfortunately, your client's continued actions to violate his obligations to my clients, as well as other circumstances that have come to light, have necessitated my clients taking formal legal action.

Attached you will find a series of filings that we have made this evening in the United States District Court for the Southern District of Georgia. You will find:

1. Verified Complaint with exhibits;
2. Civil Cover Sheet
3. Summons

I am send you a link to an iManage sharedrive file (due to file size) where you will also find a motion for TRO with supporting declarations, which we are also in the process of filing. There is also a motion for expedited hearing and discovery. We can let you know when they are filed. Let me know if you do not receive the sharedrive link.

We expect a case number to be assigned and summons will issue in the morning when the Court opens. We also intend to ask for a hearing tomorrow or at the Court's earliest convenience on the motion for TRO and will keep you informed once we receive a hearing time.

Thanks,
Sam

**Sam Adams**
Attorney



**Fulcher Hagler LLP**
One 10th Street | Suite 700 | Augusta, Georgia 30901
P.O. Box 1477 | Augusta, Georgia 30903-1477

(706) 724-0171 | main
(706) 828-2604 | direct
(706) 396-3604 | fax

fulcherlaw.com | bio | vCard | sadams@fulcherlaw.com

This message and any attachments from the law firm Fulcher Hagler LLP may contain CONFIDENTIAL and legally protected information. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this message, and then delete it from your system. Thank you.