# EXHIBIT B

# Beth Kimbrough

| | |
|---|---|
| **From:** | John E. Price <JPrice@fulcherlaw.com> |
| **Sent:** | Wednesday, December 6, 2023 10:55 AM |
| **To:** | Charles George |
| **Cc:** | Sam J. Adams; David Hymel; Beth Kimbrough |
| **Subject:** | FW: Activity in Case 1:23-cv-00184-JRH-BKE Xiingo.com, Inc. et al v. Thomas et al Notice of Hearing on Motion [IMAN-ACTIVE.FID76942] |

Dear Charles:

As you can see below, the Court has set this matter down for hearing at 3:00 p.m. today.

Yours,

**John E. Price** | Attorney
Fulcher Hagler LLP | (706) 828-2645
fulcherlaw.com | jprice@fulcherlaw.com

This message and any attachments from the law firm Fulcher Hagler LLP may contain CONFIDENTIAL and legally protected information. If you are not the addressee and an intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this message, and then delete it from your system. Thank you.

---

**From:** efile_support@gas.uscourts.gov <efile_support@gas.uscourts.gov>
**Sent:** Wednesday, December 6, 2023 10:33 AM
**To:** efile_information@gas.uscourts.gov
**Subject:** Activity in Case 1:23-cv-00184-JRH-BKE Xiingo.com, Inc. et al v. Thomas et al Notice of Hearing on Motion

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Georgia**

## Notice of Electronic Filing

The following transaction was entered on 12/6/2023 at 10:33 AM EST and filed on 12/6/2023
**Case Name:** Xiingo.com, Inc. et al v. Thomas et al
**Case Number:** [1:23-cv-00184-JRH-BKE](#)
**Filer:**
**Document Number:** 10(No document attached)

1

**Docket Text:**
**NOTICE of Hearing on Motion [6] MOTION for Temporary Restraining Order [5] Emergency MOTION to Expedite Discovery. Motion Hearing set for 12/6/2023 03:00 PM in Augusta - 2nd Floor before Chief Judge J. Randal Hall. (lcw)**


**1:23-cv-00184-JRH-BKE Notice has been electronically mailed to:**

John Edward Price     jprice@fulcherlaw.com, bkimbrough@fulcherlaw.com, cwoodward@fulcherlaw.com, greyes@fulcherlaw.com, sgrinko@fulcherlaw.com

Samuel Justin Adams     sadams@fulcherlaw.com, cwoodward@fulcherlaw.com, hjames@fulcherlaw.com

David J. Hymel     dhymel@fulcherlaw.com, cwoodward@fulcherlaw.com, sadcox@fulcherlaw.com, sgrinko@fulcherlaw.com

**1:23-cv-00184-JRH-BKE Notice has been delivered via US Postal Service to:**