IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| XIINGO.COM, INC.; FULL CIRCLE HOLDINGS, LLC; and ALISON SOUTH MARKETING GROUP, LLC;<br><br>　　　Plaintiffs,<br><br>v.<br><br>MICHAEL THOMAS; ASHLEY THOMAS; WESLEY ROBERTS; KATHLEEN SANDERS; and NEXT MARKETING GROUP, INC.;<br><br>　　　Defendants. | CIVIL ACTION<br>FILE NO. 1:23-cv-00184-JRH-BKE |

**PLAINTIFFS' NOTICE OF SETTLEMENT
AND CONSENT MOTION FOR STAY OF ALL PROCEEDINGS**

　　The captioned matter is presently before the Court on Plaintiffs' motion for preliminary injunction, which the Court has set down for hearing on February 1, 2024. On January 23, 2024, the parties conducted a mediation and settlement conference in this matter with United States Magistrate Judge Christopher L. Ray. Plaintiffs Xiingo.com, LLC, Full Circle Holdings, LLC, and Alison South Marketing Group, LLC ("Plaintiffs"), by and through their undersigned counsel, hereby notify the Court that Plaintiffs and Defendants Michael Thomas, Ashley Thomas, Wesley Roberts, and Next Marketing Group, Inc. (collectively, "the NMG Defendants") have reached an out-of-court settlement and compromise that will fully dispose of all of Plaintiffs' claims against the NMG Defendants.[1] Plaintiffs and the NMG Defendants are in the process of drafting and executing the settlement terms and documents, and these parties will file the appropriate documents with the Court as soon as their settlement agreement, documents, and terms are fully

---

[1] Plaintiffs and Defendant Kathleen Sanders have not yet reached an agreement, but settlement negotiations between these parties are ongoing.

1

executed.

In the meantime, with the express consent of all parties, Plaintiffs request the Court to **STAY** any and all proceedings and deadlines in the captioned matter and to cancel the hearing currently set for February 1, 2024. The requested stay is necessary to give Plaintiffs and the NMG Defendants time to draft and execute the settlement terms and to prevent potentially unnecessary litigation. This request is made in good faith and not for purposes of delay.

Respectfully submitted, this 24th day of January, 2024.

>*/s/ Samuel J. Adams*
>SAMUEL J. ADAMS
>Georgia Bar No. 397520
>JOHN E. PRICE
>Georgia Bar No. 142012
>DAVID HYMEL
>Georgia Bar No. 798669
>FULCHER HAGLER LLP
>Post Office Box 1477
>Augusta, GA 30903-1477
>(706) 724-0171
>sadams@fulcherlaw.com
>jprice@fulcherlaw.com
>dhymel@fulcherlaw.com
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all counsel of record in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court:

Charles A. George
4000 Faber Place Drive, Suite 300
North Charleston, SC  29405
charles@george-law.com
*Counsel for Michael Thomas, Ashley Thomas,*
*Wesley Roberts, and Next Marketing Group, Inc.*

This is to further certify that I have on this day served the foregoing by United States Mail, postage prepaid, addressed to the following:

Kathleen Sanders
268 Foxfire Court
Martinez, GA  30907
*Defendant*

This 24th day of January, 2024.

        */s/ Samuel J. Adams*
        SAMUEL J. ADAMS
        Georgia Bar No. 397520
        JOHN E. PRICE
        Georgia Bar No. 142012
        DAVID HYMEL
        Georgia Bar No. 798669
        FULCHER HAGLER LLP
        Post Office Box 1477
        Augusta, GA 30903-1477
        (706) 724-0171
        sadams@fulcherlaw.com
        jprice@fulcherlaw.com
        dhymel@fulcherlaw.com
        *Attorneys for Plaintiffs*

814614.1