IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| **XIINGO.COM, INC.; FULL CIRCLE HOLDINGS, LLC; and ALISON SOUTH MARKETING GROUP, LLC;**<br><br>  Plaintiffs,<br><br>v.<br><br>**MICHAEL THOMAS; ASHLEY THOMAS; WESLEY ROBERTS; KATHLEEN SANDERS; and NEXT MARKETING GROUP, INC.;**<br><br>  Defendants. | **CIVIL ACTION**<br>**FILE NO. 1:23-cv-00184-JRH-BKE** |

**O R D E R**

      Before the Court is Plaintiffs' Consent Motion for Stay of All Proceedings.  Plaintiffs and Defendants Michael Thomas, Ashley Thomas, Wesley Roberts, and Next Marketing Group, Inc. (collectively, "the NMG Defendants") have reached an out-of-court settlement and compromise that will fully dispose of all of Plaintiffs' claims against the NMG Defendants, while Plaintiffs and Defendant Kathleen Sanders continue settlement negotiations.  Plaintiffs have requested that the Court stay any and all proceedings and deadlines in the captioned matter and to cancel the hearing currently set for February 1, 2024, as Plaintiffs and the NMG Defendants are in the process of drafting and executing settlement terms and documents, and these parties will file the appropriate documents with the Court as soon as their settlement agreement, documents, and terms are fully executed.  Upon due consideration, the motion is **HEREBY GRANTED,** and any and all proceedings and deadlines in the captioned matter are **STAYED**.  The hearing currently set for February 1, 2024, is hereby **CANCELLED** until further notice.

1

814921.1

**ORDER ENTERED** at Augusta, Georgia, this ___ day of January, 2024.

 

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

814921.1