IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
XIINGO.COM, INC.; FULL CIRCLE       *
HOLDINGS, LLC; and ALISON           *
SOUTH MARKETING GROUP, LLC,         *
                                    *
     Plaintiffs,                    *
                                    *     CV 123-184
           v.                       *
                                    *
MICHAEL THOMAS; ASHLEY              *
THOMAS; WESLEY ROBERTS;             *
KATHLEEN SANDERS; and NEXT          *
MARKETING GROUP, INC.,              *
                                    *
     Defendants.                    *
```

## O R D E R

Presently before the Court is Plaintiffs' notice of settlement and joint motion to stay all deadlines pending settlement. (Doc. 35.) Plaintiffs represent that they "and Defendants Michael Thomas, Ashley Thomas, Wesley Roberts, and Next Marketing Group, Inc. (collectively, "the NMG Defendants") have reached an out-of-court settlement and compromise that will fully dispose of all of Plaintiffs' claims against the NMG Defendants."[1] (Id. at 1.) As such, Plaintiffs, with the express consent of all Parties, move to stay the case and cancel the hearing set for February 1, 2024. (Id. at 2.)

---

[1] Plaintiffs and Defendant Kathleen Sanders have not yet reached an agreement, but Plaintiff represents settlement negotiations between these Parties are ongoing. (Id. at 1 n.1.)

Upon due consideration, the Court **GRANTS** Plaintiffs' motion. (Doc. 35.)  The above-captioned case is hereby **STAYED**, and the hearing set for February 1, 2024 is **CANCELED** until further notice. The Court **DIRECTS** the Parties to file a status report with the Court updating it on their progress every **THIRTY (30) DAYS** until a settlement agreement is reached and the Parties file a stipulation of dismissal or until this case is ready to proceed.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of January, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2