IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| **XIINGO.COM, INC.; FULL CIRCLE HOLDINGS, LLC; and ALISON SOUTH MARKETING GROUP, LLC;**<br><br>    Plaintiffs,<br><br>v.<br><br>**MICHAEL THOMAS; ASHLEY THOMAS; WESLEY ROBERTS; KATHLEEN SANDERS; and NEXT MARKETING GROUP, INC.,**<br><br>    Defendants. | **CIVIL ACTION**<br>**FILE NO. 1:23-cv-00184-JRH-BKE** |

**JOINT STATUS REPORT**

On January 24, 2024, the Parties notified the Court: (1) Plaintiffs and Defendants Michael Thomas, Ashley Thomas, Wesley Roberts, and Next Marketing Group had reached an out-of-court settlement and compromise that would fully dispose of all Plaintiffs' claims against those Defendants, and (2) settlement negotiations between Plaintiffs and Defendant Kathleen Sanders were ongoing. On January 29, 2024, the Court stayed all proceedings in the captioned matter and directed the Parties "to file a status report with the Court updating it on their progress every **THIRTY (30) DAYS** until a settlement agreement is reached and the Parties file a stipulation of dismissal." (Doc. no. 36 at 2.)

Since that time, the Parties have prepared and signed confidential settlement agreements which will resolve all the claims between them. Some of the settlement terms remain to be executed, but the Parties anticipate that those terms will be executed and a stipulation of dismissal filed within the next 30 days. If a stipulation of dismissal is not entered within that time, the Parties

1

828738.1

will inform the Court of any issues and file a new status report in compliance with the Court's prior instructions.

Respectfully submitted, this 29th day of February, 2024.

<u>/s/ John E. Price</u>
SAMUEL J. ADAMS
Georgia Bar No. 397520
JOHN E. PRICE
Georgia Bar No. 142012
DAVID HYMEL
Georgia Bar No. 798669
FULCHER HAGLER LLP
Post Office Box 1477
Augusta, GA 30903-1477
(706) 724-0171
sadams@fulcherlaw.com
jprice@fulcherlaw.com
dhymel@fulcherlaw.com
*Attorneys for Plaintiffs*


<u>/s/ Charles A. George</u>
CHARLES A. GEORGE
Georgia Bar No. 270790
GEORGE LAW FIRM LLC
4000 Faber Place Drive, Suite 300
North Charleston, SC  29405
(843) 323-4383
charles@george-law.com
*Attorney for Defendants Michael Thomas, Ashley Thomas*
*Wesley Roberts, and Next Marketing Group, Inc.*


<u>/s/ F. Adam Nelson</u>
Frank Adam Nelson, Esq.
Georgia Bar No. 845950
Fleming & Nelson LLP
P.O. Box 2208
Evans, GA 30809
anelson@flemingnelson.com
*Counsel for Kathleen Sanders*

828738.1

CERTIFICATE OF SERVICE

This is to certify that I have on this day served all counsel of record in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court:

Charles A. George
4000 Faber Place Drive, Suite 300
North Charleston, SC  29405
charles@george-law.com
*Counsel for Michael Thomas, Ashley Thomas,
Wesley Roberts, and Next Marketing Group, Inc.*

Mr. Frank Adam Nelson, Esq.
Fleming & Nelson LLP
P.O. Box 2208
Evans, GA 30809
anelson@flemingnelson.com
*Counsel for Kathleen Sanders*

This 29th day of February, 2024.

*/s/ John E. Price*
SAMUEL J. ADAMS
Georgia Bar No. 397520
JOHN E. PRICE
Georgia Bar No. 142012
DAVID HYMEL
Georgia Bar No. 798669
FULCHER HAGLER LLP
Post Office Box 1477
Augusta, GA 30903-1477
(706) 724-0171
sadams@fulcherlaw.com
jprice@fulcherlaw.com
dhymel@fulcherlaw.com
*Attorneys for Plaintiffs*

828738.1